Karen D. JACKSON, Plaintiff–
Appellant,

v.

Carolyn W. COLVIN, Commissioner,
Social Security, Defendant–
Appellee.

No. 15–1038.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 29, 2015.

Decided: June 2, 2015.

Karen D. Jackson, Appellant Pro Se. Stacey Irene Cole, Social Security Administration, Baltimore, Maryland, for Appellee.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Karen D. Jackson appeals the magistrate judge's * order upholding the Commissioner's denial of Jackson's application for supplemental security income. We have reviewed the record and find no reversible error. Accordingly, although we grant Jackson leave to proceed in forma pauperis, we affirm for the reasons stated by the magistrate judge. *Jackson v. Col-*

---

* The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C.

*vin,* No. 1:14–cv–00870–SAG (D.Md. Dec. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*